
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICHELLE STEVENSON<br>5687 Faircloth Court<br>Centreville, VA 20120<br><br>    Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION<br>820 Follin Lane<br>Vienna Virginia 22180.<br><br>    Defendant. | Case No.: 1:20-cv-00809-AJT-JFA |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff MICHELLE STEVENSON, by her undersigned attorney, APRIL FEARNLEY, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice.

MICHELLE STEVENSON

__s/ April Fearnley_____
  Counsel for Plaintiff

April Fearnley, Esq.
The Spiggle Law Firm, PC
4830 A 31st Street, South
Arlington, Virginia 22206
(703) 215-1123, ext. 5 (telephone)
(202) 540-8018 (facsimile)

Dated:  October 2, 2020

So Ordered

_____
Anthony J. Trenga   10/02/2020
United States District Judge